Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25930−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ebony L. Harris
   aka Ebony Copling
   6 Moore Ave
   Lawnside, NJ 08045−1518

Social Security No.:
   xxx−xx−5253

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/20/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 20, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ebony L. Harris  
    Debtor

Case No. 18-25930-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 20, 2022      Form ID: 148      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ebony L. Harris, 6 Moore Ave, Lawnside, NJ 08045-1518 |
| cr | + | THE MONEY SOURCE, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Trystone Capital Assets LLC, 575 Route 70, 2nd Flr, PO Box 1030, Brick, NJ 08723-0090 |
| 517817354 | + | BMG- DJR GROUP LLC, WILLIAMSON AND BROWN,LLC, 4691 CLIFTON PKWY, HAMBURG, NY 14075-3201 |
| 517692815 | | Borough of Lawnside, 4 N Douglas Ave, Lawnside, NJ 08045-1500 |
| 517692817 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 517817907 | + | THE MONEY SOURCE INC., 500 South Broad Street, Suite 100-A, Meriden, CT 06450-6755 |
| 517692820 | + | The Money Source, Inc., 500 S Broad St, Meriden, CT 06450-6755 |
| 517994518 | + | Trystone Capital Asset, LLC, 575 Route 70, 2nd Floor, Brick, NJ 08723-4042 |
| 518173864 | + | Trystone Capital Assets LLC, P.O. Box 1030, Brick, NJ 08723-0090 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517692816 | | EDI: CAPITALONE.COM | Jan 21 2022 01:23:00 | Capital One Bank USA, NA, 10700 Capitol One Way, Glen Allen, VA 23060-9243 |
| 517692818 | | Email/Text: EBN@edfinancial.com | Jan 20 2022 20:33:00 | ED Financial Services, LLC, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 517703083 | + | Email/Text: EBN@edfinancial.com | Jan 20 2022 20:33:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 517692819 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 20 2022 20:39:56 | Regional Acceptance, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 517707883 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 20 2022 20:39:56 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 517799838 | + | EDI: AIS.COM | Jan 21 2022 01:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | THE MONEY SOURCE INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517794556 | * | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

Case 18-25930-JNP    Doc 45    Filed 01/22/22    Entered 01/23/22 00:17:50    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2022 | Form ID: 148 | Total Noticed: 18 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2022                     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony L. Velasquez | on behalf of Creditor Trystone Capital Assets LLC avelasquez@tryko.com |
| Craig Scott Keiser | on behalf of Creditor THE MONEY SOURCE INC. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Nicholas V. Rogers | on behalf of Creditor THE MONEY SOURCE INC. nj.bkecf@fedphe.com |
| Tamika Nicole Wyche | on behalf of Debtor Ebony L. Harris daviddanielslaw@gmail.com G30609@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8